IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
FEB 28 2020
CLERK U S DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-00029 |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| v. | ) | MAGISTRATE JUDGE THOMAS M. PARKER |
| RONALD SHARP, | ) | **WAIVER OF DETENTION HEARING AND ORDER** |
| Defendant. | ) | |

Ronald Sharp, the above named defendant, accused of having violated United States Codes: 18:922(g)(1) and 924(a)(2), advised of the nature of the charge and of his/her rights, and under advice of counsel, waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change.

_____
Defendant

_____
Counsel for Defendant

**IT IS SO ORDERED.**

_____
Thomas M. Parker
United States Magistrate Judge

Dated: February 28, 2020